UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME GONZALEZ, et al.,

        Plaintiffs,

-against-

TECTON CAFE INC., et al.,

        Defendants.

25-CV-2288 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 9, 2025, I ordered the parties to file their Proposed Case Management Plan and Report of Rule 26(f) Conference by June 25, 2025. (ECF 18, Order.) On June 26, 2025, the parties filed their Proposed Case Management Plan. (ECF 20.) However, the Defendants have not signed the Proposed Case Management Plan. (*See id.*)

I am extending the deadline nunc pro tunc until **June 27, 2025** for the parties to either: (1) file their Proposed Case Management Plan and Report of Rule 26(f) Conference, executed by both parties; or (2) if the parties disagree about the dates or other terms of the proposed scheduling order, file on the docket a joint letter briefly explaining the dispute(s) and competing proposal(s).

DATED:    June 26, 2025
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge