# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Ave • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Jason@levinepstein.com

August 4, 2025

*<u>Via Electronic Filing</u>*
The Hon. Robyn F. Tarnofsky, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Gonzalez et al v. Tecton Cafe Inc. et al*
               <u>Case No.: 25-cv-02288</u>

Dear Honorable Magistrate Judge Tarnofsky:

    This law firm represents Defendants Jin Ramen Corporation, Jin Rame Hamilton Heights Corporation, Chokolat Patisserie Corporation, Ifan Chang, and Jenny H. Ko (collectively, the "Defendants") in the above-referenced matter.

    Pursuant to Section 7 of Your Honor's June 26, 2025 Case Management Plan and Report of Rule 26(f) Conference [Dckt. No. 23], this letter respectfully serves to provide the Court with a status update.

    Defendants propounded discovery requests on July 2, 2025. As of the date of this filing, Plaintiffs Jaime Gonzalez, and Andres Fuentes (together, the "Plaintiffs") have not provided any responses to Defendants' discovery requests.

    Plaintiffs propounded discovery requests on August 1, 2025.

    Thank you, in advance, for your time and attention to this matter.

                        Respectfully submitted,

                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

             By: <u>*/s/ Jason Mizrahi*</u>
                  Jason Mizrahi, Esq.
                  420 Lexington Ave, Suite 2458
                  New York, New York 10170
                  Tel. No.: (212) 792-0048
                  Email: Jason@levinepstein.com
                  *Attorneys for Defendants*

VIA ECF: All Counsel