# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

---

September 18, 2025

**VIA ECF**  
Hon Robyn F. Tarnofsky  
United States Magistrate Judge  
500 Pearl Street  
New York, NY 10007

      Re:      **Gonzalez et al v. Tecton Cafe Inc. et al**  
                  **Case No.: 1:25-cv-02288-JAV-RFT**

Your Honor:

      This office represents the Plaintiffs in the above-referenced matter. We are requesting that this Court order Defendants Tecton Cafe Inc.(D/B/A Estancia 460) and Stacy Sosa, to appear for deposition on October 15, 2025. The current deadline for the parties to complete all fact discovery is November 7, 2025. Numerous attempts have been made to contact Defendants' counsel to schedule Defendants' deposition. The undersigned has made numerous phone calls and sent numerous emails over weeks to schedule these depositions, but Defendants' counsel has failed to respond. To comply with this Court's discovery deadline, Plaintiffs respectfully request that the Court order Defendants to appear for depositions on October 15, 2025.

      We thank the Court for its time and attention to this matter.

                                          Respectfully Submitted,

                                          */s/Robert Jun*  
                                          Robert Jun