UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAIME GONZALEZ, et al.,

                    Plaintiffs,

      -against-

TECTON CAFE INC., et al.,

                   Defendants.

25-CV-2288 (JAV) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiffs' motion to compel the deposition of the two Defendants in this case (ECF 31). Defendants argue that Plaintiffs failed to meet and confer (ECF 33); however, Plaintiffs have represented that they made multiple efforts to do so and that Defendants failed to respond (ECF 31). Defendants also argue that Plaintiffs failed to appear for their depositions, which were noticed for September 11, 2025 and September 12, 2025 (ECF 33), but Defendants did not raise this issue with the Court at the time. Defendants acknowledge that they are required to sit for their depositions but argue that Plaintiffs should be deposed first; Defendants also note that they are not available on the date Plaintiffs seek to depose them – October 15, 2025 (ECF 33). The parties are **ORDERED** to meet and confer by telephone by **October 3, 2025** to set a schedule for the depositions of Plaintiffs and Defendants; the parties are further **ORDERED** to provide the Court by **October 7, 2025** with a joint status update

on the schedule for depositions. Plaintiffs' motion to compel is **DENIED** without prejudice to

refiling if the parties are unable to negotiate a deposition schedule. The Clerk of Court is

respectfully requested to terminate **ECF 31**.

DATED:    September 26, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge