# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

September 30, 2025

**VIA ECF**
Hon Robyn F. Tarnofsky
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

　　　　　Re:　　　**Gonzalez et al v. Tecton Cafe Inc. et al**
　　　　　　　　　　Case No.: 1:25-cv-02288-JAV-RFT

Your Honor:

　　　　This office represents the Plaintiffs in the above-referenced matter. We write to request that Defendants' counsel be ordered to meet and confer with the undersigned regarding deficiencies in Defendants' discovery responses. The undersigned has sent an email requesting to meet and confer regarding Defendants' responses, but we did not hear back from Defendants' counsel. The undersigned and Defendants' counsel have a phone call scheduled on October 6, 2025, regarding the scheduling of depositions. Defendants' counsel only reached out to the undersigned after this Court issued an order to meet and confer. Therefore, we respectfully request that Defendants' counsel be ordered to meet and confer regarding Defendants' discovery responses as well during that October 6, 2025 phone call. Moreover, Defendants' have failed to provide verification pages to their response to interrogatories. While the undersigned emailed Defendants' counsel requesting for verification pages, this request has gone ignored as well. We respectfully request that Defendants' counsel be ordered to provide verification pages to Defendants' response to Plaintiffs' First Set of Interrogatories.

　　　　We thank the Court for its time and attention to this matter.

Plaintiffs' motion to compel (ECF 35) is **GRANTED IN PART**, in that Defendants shall be prepared to meet and confer with Plaintiffs during the previously scheduled meet-and-confer call on **October 6, 2025** on: (1) Defendants' discovery responses and (2) providing verification pages for interrogatory responses.

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun

The Clerk of Court is respectfully requested to terminate ECF 35.

SO ORDERED

Dated: October 1, 2025
　　　　New York, NY

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*