# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 24, 2025

**VIA ECF**  
Hon Robyn F. Tarnofsky  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

  **Re:**  **Gonzalez et al v. Tecton Cafe Inc. et al**  
      **Case No.: 1:25-cv-02288-JAV-RFT**

Dear Judge Tarnofsky:

  This office represents the Plaintiffs in the above-referenced matter. We write to inform the Court that the parties have reached a settlement in principle in this matter.

  We thank the Court for its time and attention to this matter.

            Respectfully Submitted,

            */s/Robert Jun*  
            Robert Jun