# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Ave • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Jason@levinepstein.com

November 24, 2025

***Via Electronic Filing***
The Hon. Robyn F. Tarnofsky, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　　Re:　*Gonzalez et al v. Tecton Cafe Inc. et al*
　　　　　　　　Case No.: 25-cv-02288

Dear Honorable Magistrate Judge Tarnofsky:

　　　　This law firm represents Defendants Tecton Café Inc., and Stacy Sosa, (collectively, the "Defendants") in the above-referenced matter.

　　　　Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to comply with Your Honor's October 24, 2025 Memo Endorsement from November 24, 2025 to, through and including, December 24, 2025.

　　　　This is the first request of its kind, and is made on consent of Plaintiffs Jaime Gonzalez, and Andres Fuentes (together, the "Plaintiffs").

　　　　The basis of this request is that the parties require additional time to meet-and-confer, to complete the necessary paperwork to effectuate the dismissal of the instant action. The parties are optimistic that the necessary filings will be complete, on or before December 24, 2025.

　　　　In light of the foregoing, it is respectfully requested that the Court grant an extension of time to comply with Your Honor's October 24, 2025 Memo Endorsement from November 24, 2025 to, through and including, December 24, 2025.

　　　　Thank you, in advance, for your time and attention to this matter.

The consent letter motion for an extension of time to file the settlement agreement for Cheeks approval (ECF 41), while untimely, is GRANTED. The new deadline is December 24, 2025. I do not anticipate further extensions of this deadline absent extremely good cause shown. "Requir[ing] additional time to meet-and-confer to complete the necessary paperwork to effectuate the dismissal of the instant action" – the rationale given for this most recent extension request – will not constitute the requisite good cause.
The Clerk of Court is respectfully requested to terminate ECF 41.
Dated: November 26, 2025
　　New York, NY

Respectfully submitted,

　LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:　*/s/ Jason Mizrahi*
　　　Jason Mizrahi, Esq.
　　　420 Lexington Ave, Suite 2458
　　　New York, New York 10170
　　　Tel. No.: (212) 792-0048
　　　Email: Jason@levinepstein.com
　　　*Attorneys for Defendants*

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE