**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

JAIME GONZALEZ and ANDRES
FUENTES, *individually and on behalf of others*
*similarly situated,*

Civil Action No. 1:25-cv-02288

                                        *Plaintiffs*,

**[Proposed Form Of]**
**JUDGMENT**

             -against-

TECTON CAFE INC.(d/b/a ESTANCIA 460), and
STACY SOSA,

                                        *Defendants,*
------------------------------------------------------------------X

## <u>JUDGMENT</u>

On January 5, 2026, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, JAIME GONZALEZ and ANDRES FUENTES, have judgment against

Defendants TECTON CAFE INC.(d/b/a ESTANCIA 460) and STACY SOSA, jointly and

severally, in the amount of Fifty-Six Thousand Dollars and No Cents ($56,000.00), which is

inclusive of attorneys' fees and costs.

Dated: _____, 2026


_____
         HON. JEANNETTE A. VARGAS
         UNITED STATES DISTRICT JUDGE