**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JAIME GONZALEZ and ANDRES
FUENTES, individually and on behalf of
others similarly situated,

                 Plaintiffs,

      -against-

TECTON CAFE INC. (d/b/a ESTANCIA 460),
and STACY SOSA,

                Defendants.
----------------------------------------------------------X

              25 **CIVIL** 2288 (JAV)

               **JUDGMENT**

It is **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in

the Court's Memo Endorsed dated January 6, 2026,  Plaintiffs, JAIME GONZALEZ and ANDRES

FUENTES, have judgment against Defendants TECTON CAFE INC.(d/b/a ESTANCIA 460) and

STACY SOSA, jointly and severally, in the amount of Fifty-Six Thousand Dollars and No Cents

($56,000.00), which is inclusive of attorneys' fees and costs..

**Dated:**  New York, New York
       January 7, 2026

              **TAMMI M. HELLWIG**

              _____
                 **Clerk of Court**

       **BY:**    _____
               **Deputy Clerk**